[No. 8299-3-II. Division Two. April 13, 1987.]

BEACON POINT COMPANY, *Appellant*, v. BEACON POINT COMMUNITY CLUB, INC., ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Mason County, No. 82-2-00073-0, Gerry L. Alexander, J., entered November 1, 1984. *Reversed* by unpublished opinion per Worswick, J., concurred in by Reed, C.J., and Petrich, J.

[No. 8674-3-II. Division Two. April 13, 1987.]

ROBERT ZORNES, *Appellant*, v. THE CIVIL SERVICE COMMISSION FOR KITSAP COUNTY SHERIFF'S EMPLOYEES, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 84-2-00681-3, Grant S. Meiner, J., entered March 13, 1985. *Affirmed* by unpublished opinion per Alexander, A.C.J., concurred in by Petrich and Worswick, JJ.

[No. 8804-5-II. Division Two. April 13, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. BEN E. ROBERTS, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 85-1-00142-5, Terence Hanley, J., entered May 9, 1985. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Petrich and Alexander, JJ.